```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  SAMUEL M. HERRON,              )  NO. CV 09-6605-GW(E)
                                   )
12              Plaintiff,         )
                                   )  ORDER ACCEPTING FINDINGS,
13         v.                      )
                                   )  CONCLUSIONS AND RECOMMENDATIONS
14  MICHAEL J. ASTRUE,             )
                                   )  OF UNITED STATES MAGISTRATE JUDGE
15                                 )
                Defendant.         )
16                                 )
    _____ )
17
18       Pursuant to 28 U.S.C. section 636(b)(1)(B), the Court has
19  reviewed the pleadings and other papers herein along with the attached
20  Report and Recommendation of United States Magistrate Judge.
21
22       IT IS ORDERED that: (1) the Report and Recommendation is accepted
23  and adopted as the Findings of Fact and Conclusions of Law herein; and
24  (2) Judgment shall be entered dismissing the action without prejudice.
25  ///
26  ///
27  ///
28  ///
```

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on the Plaintiff and on the United States Attorney for the Central District of California.

DATED: October 22, 2012.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

2