**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SAMUEL M. HERRON, | ) | NO. CV 09-6605-GW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL J. ASTRUE, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: October 22, 2012.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE